**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00577-CV
_____

### GIOVANNY LAGUAN, Appellant

### V.

### US BANK TRUST AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, Appellee

On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 14-CCV-052983

## O R D E R

Appellant's brief was due June 10, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 7, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM